

# Fourth Court of Appeals
## San Antonio, Texas

July 14, 2017

No. 04-17-00239-CV

**ASSET PLUS CORPORATION**,
Appellant

v.

Juan M. **MARTINEZ**,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-04644
Honorable Antonia Arteaga, Judge Presiding

## O R D E R

On April 14, 2016, Asset Plus Corporation filed a motion for permissive interlocutory appeal in the trial court. *See* TEX. R. CIV. P. 168 (providing that, on a party's motion or on its own initiative, the trial court may permit an appeal from an interlocutory order that is not otherwise appealable). On April 17, 2017, a copy of this motion was filed in this court. Upon receiving the motion, the clerk of this court opened an appellate case and assigned it an appellate cause number. However, it appears that the appellate case was prematurely opened and the appellate cause number was prematurely assigned.

Rule 28.3 of the Texas Rules of Appellate Procedure allows a party, after the trial court permits a permissive interlocutory appeal, to file a petition in the appellate court seeking a permissive appeal from an interlocutory order that would not otherwise be appealable. *See* TEX. R. APP. P. 28.3(a). No such petition has been filed in this case. **We, therefore, ORDER the clerk of this court to administratively close this case.**

If Asset Plus Corporation files a petition in this court seeking a permissive interlocutory appeal, the clerk of the court will open a new appellate case and assign it a new appellate cause number.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of July, 2017.



_Luz Estrada_
Luz Estrada
Chief Deputy Clerk